IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE LIMA DELTA COMPANY, | § | |
| TRIDENT AVIATION SERVICES, | § | No. 455, 2017 |
| LLC, and SOCIÈTÈ | § | |
| COMMERCIALE ET | § | Court Below—Superior Court |
| INDUSTRIELLE KATANGAISE, | § | of the State of Delaware |
| | § | |
| Plaintiffs Below, | § | C.A. No. 16C-11-241 |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | |
| GLOBAL AEROSPACE, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 13, 2018
Decided: June 14, 2018

Before **VALIHURA**, **SEITZ** and **TRAYNOR**, Justices.

## O R D E R

This 14th day of June 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its October 5, 2017 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice